IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIANN H. VIDEAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | No. 3:04-CV-1003-P |
| JO ANNE B. BARNHART, | § | |
| Commissioner of SSA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted as the Findings and Conclusions of the Court. Accordingly, the final decision of the Commissioner is reversed and remanded with the instructions enumerated by the United States Magistrate Judge in his Findings, Conclusions, and Recommendation.

SO ORDERED.

Signed this 8th day of August 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE